AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Sean Connery Showers<br>*1407 Airline Dr.*<br>*Houston, TX 77009*<br>Defendant | )<br>)<br>)   Case No.   H-09-312-1<br>)<br>)<br>) |

*Filed stamp: Southern District of Texas FILED FEB 05 2018 David J. Bradley, Clerk of Court*
*Received stamp: 2018 FEB -2 PM 3:51 SOUTHERN DIST. S/TX — RECEIVED UNITED STATES MARSHAL*
*Handwritten: 4-09-CR-00312*

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Courtroom of Magistrate Judge Stephen Smith | Courtroom No.: 703 |
|---|---|
| | Date and Time: 02/09/2018 10:00 am |

This offense is briefly described as follows:
Probation 12C Petition - Allegations of Violations of Supervised Release Terms

Contact Pretrial Services Agency at (713) 250-5218 immediately upon receipt of this summons.

Date: 02/02/2018

*Issuing Officer's signature*
A. Boyd, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: *2-5-2018 @ 10:13 AM*

*Server's signature*
Joseph Castro  PVSM
*Printed name and title*